338

805 A.2d 455

IN THE MATTER OF LEONARD J. WITMAN,
AN ATTORNEY AT LAW.

September 19, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–417, concluding that **LEONARD J. WITMAN** of **FLORHAM PARK,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 3.3(a)(5) (failure to disclose to a tribunal a material fact with knowledge that the tribunal may tend to be misled by such failure), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Court having determined after its review of the record that the appropriate discipline for these offenses is an admonition;

And good cause appearing;

It is ORDERED that **LEONARD J. WITMAN** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.